## MCADORY, ET AL. V. MORTON.
(Decided December 18, 1913.)

APPEAL from Birmingham City Court.
Heard before Hon. C. C. NESMITH.

GIBSON & DAVIS, for appellant. HARSH, BEDDOW & FITTS, for appellee.

WALKER, P. J.—None of the assignments are insisted upon so as to require consideration. Affirmed.